**FILED**

NOV 27 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOVEMBER 20TH, 2015

FORMAL BUSINESS LEADER HEADING OFFICIALLY WITHHELD FROM THIS LETTER, AND REDACTED FROM ENCLOSED FTC LETTER, AS SO TO PRESERVE THE INTENT OF THE REQUEST TO KEEP CERTAIN EXHIBITS UNDER SEAL

RE: PRO SE LETTER TO COURT: <u>Marcel Albert v. YouTube, LLC - CV 15 5283</u>; <u>FTC COMPLAINT LETTER, SEALED EXHIBIT TO COMPLAINT</u>

Dear Honorable Nathanael M. Cousins, Presiding United States Magistrate Judge),

My name is Marcel Albert, professionally known as the compositional member of the dance music act of global repute, 'Marc Mysterio'.

I write this e-mail hereby requesting that it is treated with the same force and effect as if I had mailed a letter by post to The Chambers of The Honorable Nathanael M. Cousins, United States Magistrate Judge, for whom you are, as I understand from the Clerk's Office in San Jose, the law clerk for.

I understand that the following below noted matter, of which I am presently the PRO SE PLAINTIFF COUNSEL OF RECORD, has been forwarded to you:

<u>Marcel Albert v. YouTube, LLC - CV 15 5283</u>

The primary focus of this letter is, as follows:

*Attached hereto, please find a true and correct copy of the official complaint, sent via Post Canada, to the Federal Trade Commission's Anti-Trust Division to report YouTube's violations of same. Furthermore, true and correct copies have been mailed, via Post Canada, to Congressman Charlie Rangel (Congressional Ways & Means Committee) and Acting US Attorney Stretch for the Northern District of California.*

Moreover, please meet Attorney Steve Kuncewicz, Head of IP & Media, of Bermans Law Firm in Manchester, England, United Kingdom (and his associates whom represent my interests in this and related matters in the UK to the extent of which is confidential and privileged under America, Canadian and English Law).

For the avoidance of doubt, his inclusion, in cc, is simply a rudimentary matter of keeping Attorney Kuncewicz abreast as to developments in this case here, at this time.

As you may surmise, <u>an executed privacy consent form</u>, not attached hereto, was indeed included in the carbon copy sent to Congressman Rangel.

I would, therefore, hereby request that you docket this letter, and its attachment, in the same form and fashion that a letter from a PRO SE litigant, received via post by your chambers.

Finally, and for the avoidance of doubt, this email is the email noted in my application for ECF Access and, therefore, its not reasonably in dispute as to its origin and/or author,

Thank you in advance, Jonah, for your time and attention to this matter of great importance to myself, and my overseas counsel.

The below links, for clarity, are normally included in a fair amount of correspondence(s) originating from my email account(s) used for business purposes, such as this email address as noted, supra (as noted, this email is being used, hereinafter, solely for this case as so to avoid fans, etc. harassment which would be a dis-incentive to litigate this matter, as noted in page 13, lines 5-11, of the complaint, which is why the sole appendix exhibit must remain under seal as it would otherwise frustrate the intent of the 6TH AMENDMENT CONSTITUTIONAL RIGHT OF "MEANINGFUL ACCESS TO COURTS").

RECENT PRESS MENTIONS OF MARC MYSTERIO:

<u>RADAR ONLINE</u>
<u>LOOK TO THE STARS (September 2015 Red Cross Benefit Song with Crash Test Dummies)</u>
<u>YAHOO UK IRELAND CELEBRITY (Marc Mysterio Charity Song sampling Flo Rida hits #1)</u>
<u>MIAMI HERALD</u> (June 1, 2013)
<u>SONY MUSIC SWEDEN</u>
<u>PEREZ HILTON</u>

MIAMI HERALD (JULY 4, 2013)
GOSSIP EXTRA
ARTIST DIRECT (JULY 3, 2013)
BOSTON GLOBE
AMPYA (Germany)
BEATPORTAL
HOUSEPLANET.DJ
EUROPA PLUS (Russia)
MTV (USA)
MAD TV (Greece)
PURE BREAK (France)
FEMMES REFERENCE (France)
CONTACT FM (FRANCE/BELGIUM)
BOSTON HERALD
MSN MUSIC
DMC WORLD (#1 SONG OF WEEK ROLL WIT IT)
YAHOO MUSIC
CELEBRITY HOT SPOT
BOSTON MAGAZINE
CONTACT MUSIC (USA)
ARTIST DIRECT
PURE BREAK (France)
DFM (Russia)
ANTI MUSIC
THE SUN (South Africa)
LOOK TO THE STARS
TMZ
DIGITAL SPY
UPI

--
Sincerely Yours,

Marcel Albert
PKA
Compositional Member
of Dance-Music Group
Marc Mysterio
Marc Mysterio Celebrity Charity Bio on LookToTheStars

Marc Mysterio on Spotify
Marc Mysterio on MTV
Marc Mysterio Bio on TMZ
Marc Mysterio Profile on CelebVM

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

148 Bythia Street, Orangeville, ON, L9W 4E8 CANADA

November 18, 2015

FEDERAL TRADE COMMISSION
OFFICE OF POLICY AND COORDINATION
ROOM CC=5422
BUREAU OF COMPETITION
600 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20580
(202) 326-3300

CC: Congressman Rangel,
Ways & Means Committee
163 125TH St.
Suite #507
New York, NY 10027
P: (212) 663- 4277
F: (212) 663-4277

Acting US Attorney Stretch, NDCA
US Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102
P: (415) 436-7221

RE: NEW REPORT / COMPLAINT, ANTI-TRUST VIOLATIONS, SHERMAN ACT,
SECTION(S) 1,2 BY YOUTUBE, LLC (Google is parent Company



Dear FTC,

I write to file a FORMAL COMPLAINT FOR ANTI- TRUST VIOLATIONS of THE SHERMAN ACT, section(s) 1, 2, against YouTube, LLC, Domiciled at 901 Cherry Ave. San Bruno, CA 94066 (parent company is Google) for essentially creating a monopoly over the video streaming and public performance of promotional music artists whereby they are fixing the marketplace by only promoting the artist(s) that they feel like doing so, to the detriment of artists, record labels, artists, composers, authors, music publishers and 3rd party licensees such as VEVO.

First, to establish my credibility, I've qualified as a multi-platinum author and composer of global repute, and am considered a celebrity of global repute that has further worked on charitable causes such as co-writing 'Booty On The Floor' by Marc Mysterio with vocals of Flo Rida to benefit the Boston Marathon Victims in 2013, while in September of this year, I wrote 'Promised Land' by Marc Mysterio ft Crash Test Dummies (legendary rock band) to benefit the Red Cross in light of the refugee crisis overseas.

I have filed a civil action in The US District Court for The Northern District of California (San Francisco) against YouTube for blatant violations of the DMCA whereas YouTube has adopted a policy, for some time now, of refusing to merely even consider takedown requests of any content that they have licensed from VEVO, as noted in the attached law suit.

I hereby incorporate with the same force and effect the allegations and facts contained in the attached law suit with the same force and effect as if present herein as so not to repeat myself for efficiency.

Congressman Rangel is in cc and by copy of this letter, he is hereby advised that his office should fully investigate this matter and contact your agency to ensure that this complaint received the attention it deserves. As you may note, in addition to suing for DMCA Violations, I'm additionally attempting, as a person, to sue YouTube under The Sherman Act (which would be precedential) in order to level the playing field in compliance with Federal and International well settled law, inter alia, The Sherman Act.

I request a full inquiry in to this matter, and that the Department of Justice (by and through Acting US Attorney Stretch for the NDCA, by cc), and by CC, Congressman Rangel via the Ways & Means Committee, investigate this matter for potential prosecution for violations, inter alia, of The Sherman Act whereas the market fixing by YouTube, LLC against honest musicians, et al. is illegal, unfair, and creates a deceptive and unfair environment as evinced by the facts and allegation(s) contained in the attached civil complaint.



2

Serious economic harm has already occurred, is occurring presently (as evinced by the evidence and facts in the attached complaint), and will continue to occur absent immediate action.

Please ensure that this matter is fully investigated.

Finally, please feel free to reply to me via email for further information.

Thank you for your time and attention to this matter.

Sincerely Yours,

Marcel   Albert