11/21/2015                                    YouTube reportedly bullied creators into signing its Red deal

Canvas by **TNW Academy**

# YouTube reportedly bullied content creators into signing its Red deal

by ABHIMANYU GHOSHAL — Tweet — 22 Oct, 07:47am in GOOGLE

🔗 http://tnw.to/j4wl2    💬 12

YouTube says it has managed to make 99 percent of content on its video platform available through its ad-free subscription program, but it didn't allow creators much of a say in the matter.

TechCrunch reports that "YouTube confirmed any "partner" creator who earns a cut of ad revenue but doesn't agree to sign its revenue share deal for its new YouTube Red $9.99 ad-free subscription will have their videos hidden from public view on both the ad-supported and ad-free tiers."

That means just about any YouTuber whose channel is popular enough to earn them money through ads was forced to choose between falling in line with the new revenue-share model

and not having their videos distributed through YouTube at all.

It's unclear how much of a cut creators will get through the new program. Chief Business Officer Robert Kyncl said YouTube will pay them "the vast, vast majority of revenue" but didn't specify an exact percentage.

Plus, payouts will be determined by watch time, so creators with longer videos could stand to earn more than those who make short clips. The deal doesn't apply to amateur users who don't yet have a major following on YouTube.

It may not have been easy for YouTube to sign on creators any other way. That's not reason enough to arm-twist them into a deal they may or may not entirely comfortable with.

**Update:** *A YouTube spokesperson said, "Creators have been asking us to launch a subscription service — so that, combined with user demand, is why we built the service and why the overwhelming majority of our partners, representing nearly 99% of the content watched on YouTube, have signed up."*

➤ YouTube Will Completely Remove Videos Of Creators Who Don't Sign Its Red Subscription Deal [TechCrunch]



THE MOBILE MARKETING HANDBOOK: 2ND EDITION
7 tactics to improve customer experience
NEW
Learn more
Clickatell
Mobile Touch. Multiplied.



**Abhimanyu Ghoshal** a.k.a. Papa Shango
Abhimanyu is an avid gamer, street food gourmet and design connoisseur. Hit him up on Twitter, his site, or via mail: abhimanyu@thenextweb.com.

Say 🐦 thanks or 🐦 boo to Abhimanyu

CONTACT
🐦 ✉

POSTS
1081

LOCATION
Bangalore, IN

POSTS / MO
26.75

▼

**More in Google**    More by Abhimanyu

**Apple, Facebook and Google warn that weakened encryption will help the bad guys**
1d ago

**YouTube's offering new translation tools and legal support for its creators**
1d ago

**Put your feet up guys, Google knows who'll be cooking and shopping this Christmas**
1d ago

**Google Fit finally adds running stats and calorie counts from popular fitness apps**
2d ago

**Google for Work now lets anyone join a Hangout without an account**
2d ago

**Google Play will soon warn you about in-app ads before you download**
2d ago

**Google aims to be 'cloud company' by 2020, predicts more revenue from cloud platform than ads**
3d ago

**Google now lets you stream mobile apps from search results**
3d ago

**Google Maps offline mode comes to India**
3d ago

**Google's lowered app prices in the Play Store for 17 countries**
3d ago

**Redesigned Google+ focuses on its Collections and Communities features**
4d ago

**Google Photos helps free up space by deleting images you've already backed up**
4d ago

See all Google →

# HiQ Internet of Things
Kilpailuetua asioiden internetistä? Katso 3 askelta IoT-menestykseen.
○ ○

**6 Comments**                                                Sort by | Top |

Add a comment...

ABOUT   JOBS   TEAM   ADVERTISE   PRIVACY   TERMS   FEEDBACK

*"The aim of marketing is to get and keep a customer."* — **Peter Drucker**

11/21/2015 — YouTube reportedly bullied creators into signing its Red deal

Share



© 2001–2015 The Next Web, Inc. All rights reserved.