MARCEL ALBERT
PLAINTIFF PRO SE

FILED
DEC 11 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE US DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Marcel Albert,

Professionally known as a member of The ) PRO SE CIVIL COMPLAINT

Dance-Genre Music Act 'Marc Mysterio' ) HON FEDERAL MAGISTRATE JUDGE

Plaintiff ) COUSINS

Vs. ) NO CV 15 5283

YouTube, LLC, ) MOTION TO SEAL MOTION FOR

John Doe(s) 1-1,000,000 ) LEAVE TO FILE AMENDED

Defendant ) COMPLAINT

NOW COMES, Marcel Albert, Plaintiff Pro Se, whom hereby moves this honorable court TO PLACE UNDER SEAL THE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.

In support thereof, Plaintiff Pro Se states as follows:

Plaintiff further notes, as noted in the attached musicologist report, that the infringing parties have been noticed on my intent to seek redress and my UK Counsel is presently in talks with them,

PRO SE FEDERAL QUESTION COMPLAINT: MARC MYSTERIO V. YOUTUBE, LLC

however, for the avoidence of doubt, to date, no settlement offer has been made nor accepted but talks are ongoing.

Making this motion and exhibits public, given the global repute of the infringing parties and plaintiff (whom are both often reported on by media), would be irreparably damaging to such further negotiations, as well as distracting to the ultamite adjudication of the case whereas it would become a high profile case in the media as opposed to one that is simply handled between the parties on the merits, given the celebrity status of the plaintiff and infringing parties noted in the sealed motion for leave to file amended complaint.

Furthermore, Plaintiff moves this court for leave to place under seal all exhibits to be filed with the Amended Complaint (including but not limited to those attached the the motion for leave to file amended complaint plaintiff seeks to seal by this motion too) as well as to continue to redact or publically identify the infringing work, infringing parties as named in the motion for leave, and links that lead to the infringing content.

WHEREFORE, Plaintiff, having shown good cause, hereby moves this court to For leave the file an amended complaint. Plaintiff further moves this court for leave to file the exhibits to the amended complaint under seal and redact names of the infringing parties and work from the amended complaint. Finally, Plaintiff requests this court immediately grant his ECF Application as the costs for shipping are quite high, as its international and e-filing would remedy this cost

**RESPECTFULLY SUBMITTED,**

*[signature]* 9 DECEMBER, 2015

**MARCEL ALBERT
PLAINTIFF PRO SE
CANADA**

**SEALED MOTION FOR LEAVE TO FILE AMENDED COMPLAIN: MARC MYSTERIO V. YOUTUBE, LLC**