MARCEL ALBERT
PLAINTIFF PRO SE

IN THE US DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Marcel Albert,

Professionally known as a member of The )

Dance-Genre Music Act 'Marc Mysterio' ) HON FEDERAL MAGISTRATE JUDGE

Plaintiff ) COUSINS

Vs. ) NO CV 15 5283

YouTube, LLC, )

John Doe(s) 1-1,000,000 )

Defendant ) MOTION TO SEAL EXHIBITS TO

) MOTION FOR LEAVE TO FILE

AMENDED COMPLAINT

NOW COMES, Marcel Albert, Plaintiff Pro Se, whom hereby moves this honorable court to seal solely the exhibits to the Plaintiff's Motion for Leave To File Amended Complaint docketed as docket #1, attachment #1.

In support thereof, Plaintiff states as follows:

1. Plaintiff requested that the original exhibits containing his own email address be kept under seal whereas he is a celebrity and public knowledge of his email address would lead to inundation of his email account.

**MOTION FOR LEAVE TO FILE AMENDED COMPLAIN: MARCEL ALBERT V. YOUTUBE, LLC**

2. The Court agreed and placed under seal all of the filings in this case noting that future filings should be redacted.

3. Plaintiff notes that it does not appear possible to redact all of the email address information for himself, and other high profile individuals pertaining to this matter, that are included in the noted attachment and exhibit without jeopardizing the integrity and clarity of the documents for proper adjudication by the court.

4. Failure to seal the exhibits could result in irreparable harm, including but not limited to those reasons previously stated by the Plaintiff in prior pleadings requesting sealing of documents, which were accepted by this honorable court in doing so.

WHEREFORE, for good cause shown, the above noted Exhibit should be SEALED.

**RESPECTFULLY SUBMITTED,**

/s/ MARCEL ALBERT

**MARCEL ALBERT**
**PLAINTIFF PRO SE**
**CANADA**

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT: MARCEL ALBERT V. YOUTUBE, LLC**